# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-2167

Ascalon Enterprises, LLC vs. Revstone Industries, LLC

## ENTRY OF APPEARANCE

Please the list names of all parties represented, using additional sheet(s) if necessary:

**Revstone Industries, LLC**

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)   ☐ Amicus Curiae

(Type or Print) Counsel's Name **Ms. Laura Davis Jones**

Mr.   Ms.   Mrs.   Miss

Firm **Pachulski Stang Ziehl & Jones LLP**

Address **919 North Market St., 17th Floor**

City, State, Zip Code **Wilmington, DE 19801**

Phone **302-652-4100**   Fax **302-652-4400**

Primary E-Mail Address (required) **ljones@pszjlaw.com**
Additional E-Mail Address (1) _____
Additional E-Mail Address (2) _____
Additional E-Mail Address (3) _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Laura Davis Jones, Esq.

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 3/1/2016